IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHANETTA JOHNSON                                                                    PLAINTIFF

Vs.                              CASE NO. 4:05cv00911 JMM

R. JAMES NICHOLSON, Secretary                                          DEFENDANT
Department of Veterans Affairs

## ORDER

Defendant having answered, the Clerk is directed to change the style of the case to indicate the correct named Defendant as R. James Nicholson, Secretary, Department of Veterans Affairs (sued as Veterans Administration, Anthony J. Principi, Secretary).

IT IS SO ORDERED THIS 13th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE