**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHANETTA JOHNSON**                                            **PLAINTIFF**

**VS.**                   **CASE NO. 4:05CV000911 JMM**

**ANTHONY J. PRINCIPI, SECRETARY**
**DEPARTMENT OF VETERANS AFFAIRS**                          **DEFENDANT**

**ORDER**

Plaintiff's Motion to Dismiss is granted (#46). Plaintiff's complaint is dismissed. The Clerk of the Court is directed to close the case and all pending motions are dismissed as moot.

IT IS SO ORDERED THIS   5   day of   January  , 2007.

_____
James M. Moody
United States District Court