**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHANETTA JOHNSON**                                                                                                   **PLAINTIFF**

**VS.**                                        **CASE NO.  4:05CV000911 JMM**

**ANTHONY J. PRINCIPI, SECRETARY**
**DEPARTMENT OF VETERANS AFFAIRS**                                                    **DEFENDANT**

**AMENDED ORDER**

The Court's Order dismissing the above styled complaint is amended to show that the complaint is dismissed with prejudice (#47).

IT IS SO ORDERED THIS  8   day of   January , 2007.


_____
James M. Moody
United States District Court